**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Samuel ESPINOZA–MOLINA,**
**Defendant–Appellant.**

**No. 12–10588.**

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 15, 2013.*

Filed Oct. 22, 2013.

Donald J. Pashayan, Assistant U.S., USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Samuel Espinoza–Molina, pro se.

Marc Victor, Esquire, Chandler, AZ, for Defendant–Appellant.

Before: FISHER, GOULD, and BYBEE, Circuit Judges.

MEMORANDUM **

Samuel Espinoza–Molina appeals from the district court's judgment and challenges his guilty-plea conviction and 48–month sentence for possession with intent to distribute marijuana, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(D). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Espinoza–Molina's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Espinoza–Molina has filed a pro se supplemental brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.